U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 5 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ARTHUR SIMONI | : | DOCKET NO. 2:08-CV-1437 |
| VS. | : | JUDGE TRIMBLE |
| MICHAEL MUKASEY, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition be DENIED and DISMISSED as moot.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 15th day of January, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE